**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| Lois Vasalka, ) | Civil Action No. 4:24-cv-03182-JD-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JOINT STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| Bluegreen Vacations Unlimited, Inc. and ) | |
| Troy Dowling, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Lois Vasalka and Defendants Bluegreen Vacation Unlimited, Inc. and Troy Dowling, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action with prejudice and with each party to bear its own costs of court and attorneys' fees.

Respectfully submitted,

**PLAINTIFF**

Marybeth Mullaney (FID 11162)
marybeth@mullaneylaw.net
MULLANEY LAW
4900 O'Hear Ave, Suite 100 & 200
Charleston, South Carolina 29405
Phone: (843) 588-5587

**DEFENDANT BLUGREEN VACATIONS, INC.**

J. Hagood Tighe (FID 6506)
htighe@fisherphillips.com
Benjamin P.J. Dudek (FID 12583)
bdudek@fisherphillips.com
FISHER & PHILLIPS LLP
1320 Main Street, Suite 750
Columbia, South Carolina 29201
Phone: (803) 255-0000
Fax: (803) 255-0202

**DEFENDANT TROY DOWLING**

Benjamin A. Baroody (FID 9442)
BBaroody@bellamylaw.com
Holly M. Lusk (FID 12587)
HLusk@bellamylaw.com
BELLAMY, RUTENBERG, COPELAND,
EPPS, GRAVELY & BOWERS, P.A.
P.O. Box 357
Myrtle Beach, South Carolina 29578
Phone: (843) 448-2400
Fax: (843) 448-3022

September 12, 2024